# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID KRATER, <br> 1500 Locust Street, Apartment 1910 <br> Philadelphia, PA  19103 <br>       Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA <br> DEPARTMENT OF VETERANS <br> AFFAIRS <br> 5000 Wissahickon Avenue <br> Philadelphia, PA  19144 <br>    and <br> PAUL J. TAYOUN, M.D. <br> and DAVID GIBSON, R.N. <br> 3900 Woodland Avenue <br> Philadelphia, PA  19101 <br>       Defendants. | DOCKET NO.:_____ <br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## COMPLAINT

AND NOW, comes Plaintiff, David Krater, and complains against the Defendants, United States of America Department of Veterans Affairs (The United States); Paul J. Tayoun, M.D. and David Gibson, R.N., as follows:

## The Parties

1. Plaintiff, David Krater, is an adult individual residing at 1500 Locust Street, Apartment 1910, Philadelphia, Philadelphia County, Pennsylvania 19103.

2. Pursuant to Federal Torts Claims Act, on June 9, 2025 Plaintiff's counsel submitted to the Department of Veterans Affairs a completed Standard Form 95 prescribed by the Department of Justice pursuant to 28 C.F.R. 14.2.  More

1

than six months have passed since the filing of David Krater's Administrative Claim and no final disposition has been made. Accordingly, David Krater has exhausted all administrative remedies, and this action is properly before this Court.

3. Defendant, United States of America, Department of Veterans Affairs (VA Hospital), at all times relevant operated the Corporal Michael J. Crescenz Department of Veterans Affairs Medical Center located at 3900 Woodland Avenue, Philadelphia, Pennsylvania 19101.

4. Defendant Paul J. Tayoun, M.D. at all times relevant was upon information and belief, a physician licensed to practice medicine in the Commonwealth of Pennsylvania and was at all times relevant an employee of the Defendant, The United States of America, Department of Veterans Affairs.

5. Defendant Nurse David Gibson, at all times relevant was, upon information and belief, a nurse licensed to practice medicine in the Commonwealth of Pennsylvania and was so at all times relevant an employee of the Defendant, The United States of America, Department of Veterans Affairs.

6. At all times relevant, the VA Hospital acted by and through its employees, agents and ostensible agents, including Dr. Paul J. Tayoun and Nurse David Gibson.

7. Plaintiff David Krater is asserting a medical negligence cause of action against the United States/VA Hospital.

## Jurisdiction and Venue

8. Jurisdiction and venue are proper in the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1346(b) and 28 U.S.C. §§ 2671-2680 as this action arises from the negligent acts of employees of the United States Government, specifically employees of the Department of Veterans Affairs, acting within the scope of their official duties and the acts and omissions giving rise to this claim occurred within the Eastern District of Pennsylvania at the Department of Veterans Affairs Medical Center located at 3900 Woodland Avenue, Philadelphia, Pennsylvania. The amount of controversy exceeds $150,000.00.

## David Krater's February 11, 2024 Hearing Loss and Medical Treatment at the VA Hospital

9. On Sunday, February 11, 2024 Plaintiff David Krater was at home when he noticed sudden hearing loss and a ringing sensation in his left ear.

10. On Sunday, February 11, 2024, David Krater went to the VA Hospital's Emergency Department at 3900 Woodland Avenue in Philadelphia, Pennsylvania.

11. Emergency Department Attending Physician Dr. Paul Tayoun examined and diagnosed David Krater with fluid in his ear and prescribed him Flonase and Benadryl.

12. On February 15, 2024, David Krater had a primary care follow-up

3

appointment at the VA Hospital with Nurse David Gibson to address persistent ear fluid and left-sided hearing loss. David Krater was told to continue Flonase and to start taking Zyrtec allergy medicine.

13. On May 29, 2024, David Krater was still experiencing ongoing ear problems and requested an ear, nose and throat physician referral. David Krater was referred to audiology by the primary care team at the VA Hospital.

14. On June 28, 2024, David Krater had an audiologic evaluation where he was diagnosed with moderate to severe sensorineural hearing loss in his left ear by VA Hospital physician Dr. Fawziyah Banavai.

15. On July 10, 2024, David Krater had an ear, nose, and throat consultation with Dr. Philip Evan Johnson of the VA Hospital who performed a myringotomy procedure on him, which involved cutting into David Krater's eardrum to relieve pressure followed by a steroid injection into his middle ear. David Krater was diagnosed with sudden idiopathic sensorineural hearing loss in his left ear, which is a sudden and unexplainable experience of hearing loss.

16. On July 22, 2024, David Krater attended an ear, nose and throat follow-up through the VA Hospital. David Krater was diagnosed with left ear mixed hearing loss, which is the loss of both outer and inner hearing ability. David Krater was told to continue his Flonase, Cetirizine and Niacin and to follow-up again in three weeks.

17. On August 14, 2024, David Krater had another ear, nose and throat

follow-up, and a repeat audiogram with Dr. Philip Evan Johnson. David Krater showed no significant improvement with his ear. Dr. Johnson cleared David Krater for a CROS hearing aid and told David to consider a community care consult.

18. On November 12, 2024, David Krater spoke with Dr. John J. Kelly, the VA Hospital Chief of Staff, and Ms. Alison Lesniak, VA Hospital Risk Manager. Dr. Kelly and Ms. Lesniak admitted to David Krater that the VA Hospital was at fault for his hearing loss. Dr. Kelly and Ms. Lesniak acknowledged David Krater originally had a viral infection that caused his sudden hearing loss and the VA Hospital failed to provide timely steroid treatment and a timely audiogram. The audiogram would have led to the diagnoses of the viral infection and the steroid treatment would have cured the infection and prevented David Krater's hearing loss.

19. To date, David Krater still has hearing loss and a ringing sensation in his left ear, which was caused by the lack of proper care and attention by the VA Hospital on the evening of February 11, 2024.

## COUNT I

### DAVID KRATER
### v.
### UNITED STATES OF AMERICA AND PAUL J. TAYOUN, M.D.

### PROFESSIONAL NEGLIGENCE

20. Paragraphs 1 through 19 above are fully incorporated by reference.

21. David Krater's permanent left-sided hearing loss was caused by the

violations of the standard of care by the VA Hospital, acting by and through its employees, agents and ostensible agents, including Dr. Paul J. Tayoun, and which consisted of the following:

    A.    Failing to properly and timely perform an audiogram on David Krater on February 11, 2024.

    B.    Failing to properly and timely administer steroid treatment for David Krater on February 11, 2024.

    C.    Failing to appreciate that performing an audiogram on David Krater on February 11, 2024 would have ruled out or confirmed a viral infection that could have been timely treated with steroid treatment.

    D.    Failing to appreciate that administering steroid treatment for David Krater on or immediately after February 11, 2024 would have cured a viral infection.

    E.    Failing to direct and advise David Krater to promptly seek consults with an ear, nose, and throat specialist and/or audiologist on February 11, 2024.

    F.    Failing to seek and order consults from an ear, nose and throat specialist and/or audiologist at a time when the VA Hospital knew or should have known of the seriousness of David Krater's hearing loss, and the likelihood of permanent hearing loss without further medical intervention on February 11, 2024.

22.     As a result of the VA Hospital and Dr. Tayoun's violations of the standard of care as described above, David Krater has incurred medical costs and expenses, and will continue to incur additional medical costs and expenses for further treatment.

23.     As a result of the VA Hospital and Dr. Tayoun's violations of the standard of care as described above, David Krater has suffered a permanent disability, specifically, hearing loss.

24.     As a result of the VA Hospital and Dr. Tayoun's violations of the standard of care as described above, David Krater has endured mental anguish, suffering, humiliation and embarrassment, all of which continue to the present.

25.     As a result of the VA Hospital and Dr. Tayoun's violations of the standard of care as described above, David Krater has endured physical discomfort and suffering.

26.     As a result of the VA Hospital and Dr. Tayoun's violations of the standard of care as described above, David Krater has suffered a loss of life's enjoyment.

WHEREFORE, Plaintiff, David Krater, respectfully requests that this Honorable Court grant judgment in his favor, and against Defendants, United States of America and Paul J. Tayoun, M.D., in an amount in excess of $150,000.00, exclusive of interest and costs.

## COUNT II

## DAVID KRATER
## v.
## UNITED STATES OF AMERICA AND DAVID GIBSON, R.N.

## PROFESSIONAL NEGLIGENCE

27. Paragraphs 1 through 26 above are fully incorporated by reference.

28. David Krater's permanent left-sided hearing loss was caused by the violations of the standard of care by the VA Hospital, acting by and through its employees, agents and ostensible agents, including David Gibson, R.N., and which consisted of the following:

    A. Failing to properly and timely perform an audiogram on David Krater on February 15, 2024.

    B. Failing to properly and timely administer steroid treatment for David Krater on February 15, 2024.

    C. Failing to appreciate that performing an audiogram on David Krater on February 15, 2024 would have ruled out or confirmed a viral infection that could have been timely treated with steroid treatment.

    D. Failing to appreciate that administering steroid treatment for David Krater on or immediately after February 15, 2024 would have cured a viral infection.

    E. Failing to direct and advise David Krater to promptly seek consults with an ear, nose, and throat specialist and/or audiologist on

February 15, 2024.

F.  Failing to seek and order consults from an ear, nose and throat specialist and/or audiologist at a time when the VA Hospital knew or should have known of the seriousness of David Krater's hearing loss, and the likelihood of permanent hearing loss without further medical intervention on February 15, 2024.

29.  As a result of the VA Hospital and Nurse Gibson's violations of the standard of care as described above, David Krater has incurred medical costs and expenses, and will continue to incur additional medical costs and expenses for further treatment.

30.  As a result of the VA Hospital and Nurse Gibson's violations of the standard of care as described above, David Krater has suffered a permanent disability, specifically, hearing loss.

31.  As a result of the VA Hospital and Nurse Gibson's violations of the standard of care as described above, David Krater has endured mental anguish, suffering, humiliation and embarrassment, all of which continue to the present.

32.  As a result of the VA Hospital and Nurse Gibson's violations of the standard of care as described above, David Krater has endured physical discomfort and suffering.

33.  As a result of the VA Hospital and Nurse Gibson's violations of the

standard of care as described above, David Krater has suffered a loss of life's enjoyment.

    WHEREFORE, Plaintiff, David Krater, respectfully requests that this Honorable Court grant judgment in his favor, and against Defendants, United States of America and David Gibson, R.N., in an amount in excess of $150,000.00, exclusive of interest and costs.

        Respectfully submitted,

        FANELLI, EVANS & PATEL, P.C.

    By:   /s/ Sudhir R. Patel
        SUDHIR R. PATEL, ESQUIRE
        ERIC M. PROCK, ESQUIRE
        1 Mahantongo Street
        Pottsville, PA 17901
        (570) 622-2455
        spatel@feplawyers.com
        Counsel for Plaintiff